IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| EARL INGELS, | : | Case No. 1:21-cv-561 |
| Petitioner, | : | Judge Matthew W. McFarland |
| v. | : | |
| WARDEN, North Central Correctional Institution, | : | |
| Respondent. | : | |

## ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the pending Report and Recommendation of United States Magistrate Michael R. Merz (Doc. 52), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Plaintiff failed to timely file any objections to the Report and Recommendation in accordance with Fed. R. Civ. P. 72(b). Thus, the Court hereby **ADOPTS** the Report and Recommendation (Doc. 52) in their entirety. Accordingly, the Court finds that it lacks jurisdiction to consider Petitioner's late Fed. R. Civ. P. 59(e) motion. Thus, Petitioner's Motion for Reconsideration (Doc. 51) is **DENIED**.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *Matthew W. McFarland*
JUDGE MATTHEW W. McFARLAND